## GRAY v. CITY OF ATLANTA et al.

ATKINSON, Justice. This case relates to the same provisions of the ordinance of Atlanta as were involved and held to be unconstitutional in *Southeastern Electric Co.* v. *Atlanta*, 179 *Ga.* 514 (176 S. E. 400). That decision is controlling on the questions of law involved in this case; and on the pleadings and the evidence the judge erred in refusing an injunction.

*Judgment reversed.* *All the Justices concur, except Gilbert, J., dissenting.*

No. 10302. FEBRUARY 22, 1935.

*H. A. Allen* and *James R. Venable,* for plaintiff.
*J. L. Mayson, C. S. Winn,* and *J. C. Savage,* for defendants.